**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DANIEL R. ADAMS**                                                                                                     **PLAINTIFF**

v.                                              Case No. 4:16-cv-00508-KGB

**NCEP LLC,**
**LORI WITHROW, individually and**
**d/b/a Allen Withrow, Attorneys at Law and**
**d/b/a Law Offices of Allen & Withrow, and**
**JOHN DOES, 1-10**                                                                                                 **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation for dismissal (Dkt. No. 21). The Court finds the action should be and hereby is dismissed with prejudice. Each party shall bear its own costs and attorney's fees. Based upon the parties' informal request, the Court will retain jurisdiction to enforce the terms of the parties' settlement agreement. The Court denies all pending motions as moot (Dkt. Nos. 6, 18).

It is so ordered, this 7th day of February, 2017.

_____
Kristine G. Baker
United States District Judge